

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00279-CV

**LANDON BLAKE PILKEY,**

**Appellant**

 **v.**

**21ST MORTGAGE CORPORATION,**

**Appellee**

---

**From the 52nd District Court
Coryell County, Texas
Trial Court No. DC-24-55467**

---

## MEMORANDUM  OPINION

---

The Clerk of this Court notified the parties in a November 26, 2024 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter.  No response has been filed.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Any pending motions are dismissed as moot.

STEVE SMITH
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
(Chief Justice Gray dissents)
Dismissed
Opinion delivered and filed December 30, 2024
[CV06]

